IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Maria G. Prado, | Case No. 13-18518 |
| Debtor. | Honorable Carol A. Doyle |

**NOTICE OF MOTION**

TO:     See attached Service List

On February 16, 2016, at 9:30 a.m., I shall appear before Bankruptcy Judge Carol A. Doyle, 219 South Dearborn Street, Courtroom 742, Chicago, Illinois 60604, or in her absence, before such other Bankruptcy Judge as may be presiding in her place and stead, and shall then and there present the attached Motion for Relief from Automatic Stay and Motion for Relief from Co-Debtor Stay filed by JPMorgan Chase Bank, National Association, at which time and place you may appear if you so see fit.

HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
Heather M. Giannino (ARDC #6299848)
Amanda J. Doyle (ARDC #6320552)
111 East Main Street
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719

STATE OF ILLINOIS
COUNTY OF MACON

I, Heather M. Giannino, an attorney, being first duly sworn upon oath, depose and state that I have served the above and foregoing Notice, together with all required papers, upon the above-named parties, as to the Trustee and Debtor's attorneys via electronic notice on February 3, 2016, and as to the Debtor and Co-Debtor by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the United States mailbox at Decatur, Illinois 62523 this 3rd day of February, 2016.

_/s/ Heather M. Giannino_
Heather M. Giannino

-2-
## Service List

**Service By Mail:**

Maria G. Prado
4933 S. Lockwood Avenue
Chicago, IL 60638

Jose Prado
4933 S. Lockwood Avenue
Stickney, IL 60638

**Service By Electronic Notification Through ECF:**

Mohammed O. Badwan
Sulaiman Law Group, LTD
900 Jorie Blvd, Suite 150
Oak Brook, IL 60523

Nathan C. Volheim
Sulaiman Law Group, LTD
900 Jorie Blvd, Suite 150
Oak Brook, IL 60523

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Maria G. Prado, | Case No. 13-18518 |
| Debtor. | Honorable Carol A. Doyle |

### MOTION FOR RELIEF FROM AUTOMATIC STAY AND MOTION FOR RELIEF FROM CO-DEBTOR STAY

NOW COMES JPMorgan Chase Bank, National Association, (hereinafter "JPMorgan") by and through its attorneys, Heavner, Beyers & Mihlar, LLC, and moves for the entry of an Order granting relief from the Automatic Stay pursuant to the United States Bankruptcy Code, Section 362(d), and the Co-Debtor Stay pursuant to the United States Bankruptcy Code, Section 1301, or in the alternative to dismiss, and as cause for its motion states as follows:

1. On April 30, 2013, the Debtor(s) filed the instant case pursuant to 11 U.S.C. Chapter 13, listing JPMorgan as a secured creditor by virtue of a Note secured by a mortgage on the Debtor's and Co-Debtor's, Jose Prado, real estate commonly known as: 4933 S. Lockwood Avenue, Stickney, Illinois 60638 (Real Estate). Both the Note and the Mortgage are dated September 26, 2008.

2. Payments under the terms of said Note and Mortgage are in default and the loan is currently due for the monthly installment payment due January 1, 2013, and for all succeeding monthly installments due thereafter.

3. Since the filing of the instant case, post-petition mortgage defaults have accrued in the amount of $37,229.61; including thirty-one mortgage payments for the months of July 2013 through January 2016 in the amount of $1,228.17 per month; plus filing costs and attorney's fees; less funds in suspense in the approximate amount of $843.66.

4. To date, the unpaid principal balance on the aforementioned Note exceeds $178,244.26.

5. There is currently a continuing daily increase in the total indebtedness due under the Note and Mortgage and chargeable against the Real Estate for interest and costs due under the Note and Mortgage all of which results in JPMorgan being deprived of adequate protection as a secured lien holder with respect to said Real Estate.

6. The Debtor's nonpayment constitutes unreasonable delay to the prejudice of creditors in violation of 11 U.S.C. Section 1307(c)(1).

7. Movant is entitled to relief pursuant to 11 U.S.C. 362(d)(2) as the Real Estate is not necessary for the Debtor's successful reorganization and Debtor has no nonexempt equity in the Real Estate.

8. Movant is also entitled to relief pursuant to 11 U.S.C. 1301(c)(3) as the Creditor's interest would be irreparably harmed by the continuation of the Co-Debtor stay.

9. Movant further requests waiver of the 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

10. JPMorgan Chase Bank, N.A., services the loan on the property referenced in this Motion for Relief. In the event the automatic stay in this case is lifted/set aside, this case dismisses, and/or the debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of JPMorgan Chase Bank, National Association. Said entity, directly or through an agent, has possession of the promissory note. The promissory note is either made payable to said entity or has been duly endorsed.

WHEREFORE, JPMorgan Chase Bank, National Association, prays that an Order be entered in this cause terminating, annulling or modifying the Automatic Stay as provided pursuant to the United States Bankruptcy Code, Section 362 and the Co-Debtor stay pursuant to the United States Bankruptcy Code, Section 1301, or dismissal of this cause, so that JPMorgan Chase Bank, National Association, be permitted to initiate or proceed with mortgage foreclosure proceedings, and for such further relief as may be appropriate.

JPMorgan Chase Bank, National Association,

/s/ *Heather M. Giannino*
Heather M. Giannino

HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
Heather M. Giannino (ARDC #6299848)
Amanda J. Doyle (ARDC #6320552)
111 East Main Street
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719

-3-

**This advice pertains to your dealings with our firm as a debt collector. It does not affect your dealings with the court, and in particular it does not change the time at which you must answer the motion. The advice in this notice also does affect our relations with the court. As attorneys, we may file papers in the suit according to the court's rules and the judge's instructions.**

### NOTICE PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. Section 1601 as Amended

1. The amount of the debt is stated in the motion attached hereto.

2. The movant named in the attached motion is the creditor to whom the debt is owed or is the servicing agent for the creditor whom the debt is owed.

3. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid.

4. If you notify this office in writing within 30 days after receiving this notice, this office will obtain verification of the debt and mail you a copy of such verification.

5. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

6. Nothing in this notice should be construed as an agreement by the movant to extend or stay any time periods established by law with respect to the litigation which is the subject of the attached motion.

7. Written requests should be addressed to Heavner, Beyers & Mihlar, LLC, 111 East Main Street, Decatur, Illinois 62523.

8. Please be advised that this is an attempt to collect a debt. Any information obtained will be used for that purpose.